**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

**ZOROASTRIAN CENTER AND**
**DARB-E-MEHR OF METROPOLITAN**
**WASHINGTON, D.C.,**

        **Plaintiff,**              Civil Action No. 1:13-cv-980-LO/TRJ

        **v.**

**RUSTAM GUIV FOUNDATION, et al.,**

        **Defendants.**

## MOTION FOR ATTORNEY'S FEES AND COSTS

Defendants Rustam Guiv Foundation, Daryoush Jahanian, as Trustee, Mehraban Sharvini, as Trustee, Soroosh Sorooshian, as Trustee, Bruce (Borzoo) Nadjmi, as Trustee and Khosro Mehrfar, as Trustee, (collectively, the "Defendants"), by counsel and pursuant to the Order of May 12, 2014, hereby move for attorney's fees and costs from the Plaintiff, Zoroastrian Center and Darb-E-Mehr of Metropolitan Washington, D.C. ("ZCDMW"). For the reason set forth in the accompanying memorandum of law, Defendants Motion for Attorney's Fees should be granted.

WHEREFORE, Defendants Rustam Guiv Foundation, Daryoush Jahanian, as Trustee, Mehraban Sharvini, as Trustee, Soroosh Sorooshian, as Trustee, Bruce (Borzoo) Nadjmi, as Trustee and Khosro Mehrfar, as Trustee respectfully request entry of an Order granting this Motion; ordering payment of attorney's fees; and, for such other and further relief as this Court deems just and proper.

Respectfully submitted this 9th day of June, 2014.

                                                    **RUSTAM GUIV FOUNDATION OF NEW**
                                                    **YORK**

                                                    /s/ Massie Payne Cooper

Billy B. Ruhling, II (VSB No. 45822)
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
Mclean, Virginia 22013
Telephone:     (703) 734-4325
Facsimile:     (703) 734-6529
bill.ruhling@troutmansanders.com

Virginia Bell Flynn (VSB No. 79596)
Massie Payne Cooper (VSB No. 82510)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone:     (804) 697-1480
Facsimile:     (804) 698-5109
virginia.flynn@troutmansanders.com
massie.cooper@troutmansanders.com
*Counsel for Defendants/Counterclaim Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of June, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

>Robert L. Vaughn, Jr., Esquire
>O'Connor & Vaughn LLC
>11490 Commerce Park Drive, Suite 510
>Reston, Virginia 20191
>rvaughn@oconnorandvaughn.com
>
>*Counsel for Plaintiff/Counterclaim Defendant*

>/s/ Massie Payne Cooper
>Massie Payne Cooper (VSB No. 82510)
>TROUTMAN SANDERS LLP
>1001 Haxall Point
>Richmond, Virginia 23219
>Telephone:   (804) 697-1392
>Facsimile:   (804) 697-1339
>Massie.cooper@troutmansanders.com
>
>*Counsel for Defendants/Counterclaim Plaintiffs*

3