**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

**ZOROASTRIAN CENTER AND**
**DARB-E-MEHR OF METROPOLITAN**
**WASHINGTON, D.C.,**

              **Plaintiff,**

       **v.**                                  **Civil Action No. 1:13-cv-980-LO/TRJ**

**RUSTAM GUIV FOUNDATION, et al.,**

              **Defendants.**

**<u>DEFENDANTS' MOTION TO COMPEL</u>**

Defendants Rustam Guiv Foundation ("Rustam Guiv" or "RGF"), Daryoush Jahanian, as Trustee, Mehraban Sharvini, as Trustee, Soroosh Sorooshian, as Trustee, Bruce (Borzoo) Nadjmi, as Trustee and Khosro Mehrfar, as Trustee, (collectively, the "Defendants"), by counsel, hereby files this Motion to Compel.  Pursuant to Federal Rule 37(1) and Local Rule 37(E), Defendants certify that they have in good faith conferred or attempted to confer with opposing counsel in an effort to obtain the requested discovery without court action.  For the reasons set forth in the accompanying Memorandum in Support of this Motion to Compel, Defendants respectfully requests that the Court order Zoroastrian Center and Darb-E-Mehr of Metropolitan Washington, D.C. to attend a post-judgment deposition and produce the requested documents.

WHEREFORE, Defendants respectfully request that the Court enter an order requiring Zoroastrian Center and Darb-E-Mehr of Metropolitan Washington, D.C. to attend a post-judgment deposition and produce the requested documents.

Active 24118526v1 244033.000001

**RUSTAM GUIV FOUNDATION, DR. DARYOUSH JAHANIAN, MD., AS TRUSTEE, SOROOSH SOROOSHIAN, AS TRUSTEE, BRUCE (BORZOO) NADJMI, AS TRUSTEE, MEHRABAN SHAHRVINI, AS TRUSTEE, AND KHOSRO E. MEHRFAR, AS TRUSTEE**

/s/ Massie Payne Cooper
Billy B. Ruhling, II (VSB No. 45822)
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Ste. 500
Tysons Corner, Virginia 22182
Telephone:     (703) 734-4325
Facsimile:     (703) 734-6529
bill.ruhling@troutmansanders.com

Virginia Bell Flynn (VSB No. 79596)
Massie Payne Cooper (VSB No. 82510)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone:     (804) 697-1480
Facsimile:     (804) 698-5109
virginia.flynn@troutmansanders.com
massie.cooper@troutmansanders.com
*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of December, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

Robert L. Vaughn, Jr., Esquire
O'Connor & Vaughn LLC
11490 Commerce Park Drive, Suite 510
Reston, Virginia 20191
rvaughn@oconnorandvaughn.com

*Counsel for Plaintiff*


/s/ Massie Payne Cooper
Massie Payne Cooper (VSB No. 82510)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone:    (804) 697-1392
Facsimile:    (804) 697-1339
Massie.cooper@troutmansanders.com

*Counsel for Defendants*

3