FILED:  August 19, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 14-1841

(1:13-cv-00980-LO-TRJ)

———————————

ZOROASTRIAN CENTER AND DARB-E-MEHR OF METROPOLITAN
WASHINGTON, D.C.

> Plaintiff - Appellant

v.

RUSTAM GUIV FOUNDATION OF NEW YORK; MEHRABAN SHAHRVINI,
Trustee; DARYOUSH JAHANIAN, a/k/a Dariush Jahanian, Trustee

> Defendants - Appellees

and

SOROOSH SOROOSHIAN; BRUCE NADJMI; KHOSRO MEHRFAR

> Appellees

and

ESFANDIAR ANOUSHIRAVANI, Trustee; KEIKHOSRO MOBED, Trustee;
ROSTAM GHAIBI, Trustee; JAMSHID VARZA, Trustee; ROSTAM SARFEH,
Trustee

> Defendants

———————————

# O R D E R

_____

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk