IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| ZOROASTRIAN CENTER AND DARB-E-MEHR OF METROPOLITAN WASHINGTON, D.C., | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:13-cv-980-LO-TRJ |
| RUSTAM GUIV FOUNDATION OF NEW YORK, et al., | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SATISFACTION OF JUDGMENT AND RELEASE OF GARNISHMENT

Defendants Rustam Guiv Foundation of New York, et al., having received full payment from Plaintiff Zoroastrian Center and Darb-E-Mehr of Metropolitan Washington, D.C., ("Plaintiff") of $99,717.85, hereby acknowledges that Plaintiff has satisfied the Court's award of Attorney Fees and Costs (Dkt No. 93), entered on July 22, 2014, in this matter.

Dated: November 6, 2015

Respectfully submitted,

    /s/ *Billy B. Ruhling, II*
Billy B. Ruhling, II, Esq. (VSB 45822)
**DiMuroGinsberg, P.C.**
*Counsel for Defendants*
1101 King Street, Suite 610
Alexandria, Virginia 22314-2956
Tel: (703) 684-4333
Fax: (703) 548-3181

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 6th day of November 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

/s/ *Billy B. Ruhling, II*
Billy B. Ruhling, II